379 A.2d 304

Petition of the BOARD OF EDUCATION OF the SCHOOL DISTRICT OF PHILADELPHIA for Authority to Fund Unfunded Debt in the Sum of $50,000,000.

Appeal of the SCHOOL DISTRICT OF PHILADELPHIA.

Supreme Court of Pennsylvania.

Argued Oct. 21, 1977.

Decided Oct. 26, 1977.

Edwin P. Rome, Morris L. Weisberg, Norman L. Holmes, Blank, Rome, Klaus & Comisky and Eugene F. Brazil, Gen. Counsel, School Dist. of Philadelphia, Philadelphia, for petitioner.

Sheldon Albert, City Sol., Miriam Gafni, Philadelphia, for respondent.

Michael L. Temin, Philadelphia, for Intervenor Citizens' Committee on Public Edu. in Philadelphia.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

ORDER

PER CURIAM.

The Petition to Assume Plenary Jurisdiction is granted.

The Court having considered the record, the order of the Court of Common Pleas of Philadelphia is affirmed.

Mr. Chief Justice Eagen, Mr. Justice Nix and Mr. Justice Manderino dissent and would reverse the order of the Court of Common Pleas of Philadelphia.